IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:17-cv-00167-D

| | |
|---|---|
| CARRIE LYNN VOSSLER<br>Plaintiff,<br><br>vs.<br><br>SHUCKIN SHACK FRANCHISING, LLC,<br>SHUCKIN SHACK OYSTER BAR, INC., SEAN<br>COOK, MATTHEW PICCININ, JONATHAN<br>WEATHINGTON AND GREGORY GEORGE.<br>Defendants. | ORDER GRANTING CONSENT<br>MOTION TO STAY AND COMPELLING<br>ARBITRATION |

This matter is before the Court on Defendants Shuckin Shack Franchising, LLC, Shuckin Shack Oyster Bar, Inc., Sean Cook, Matthew Piccinin and Jonathan Weathington's Motion to Stay and Compel Arbitration pursuant to the Federal Arbitration Act (9 U.S.C. §2, *et. seq.*). It appears to the Court that the Plaintiff Carrie Lynn Vossler, and the remaining defendant, Gregory George, consent to the requested Stay Order and further that the Complaint may be properly subject to a mandatory arbitration provision. It further appears to the Court that, under these circumstances and pursuant to the Federal Arbitration Act, this action can and should be stayed and the parties compelled to arbitrate those disputes appearing within the Complaint.

IT IS, THEREFORE, ORDERED that the above-captioned action is hereby stayed and the Plaintiff and Defendants are compelled, pursuant to the Federal Arbitration Act, to arbitrate those disputes appearing within the Complaint.

SO ORDERED. This 28 day of November 2017.

_____
JAMES C. DEVER III
Chief United States District Judge